UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ESTEBAN CHAVEZ CHAVEZ,<br><br>　　　　　　　Defendant. | NO. MJ16-530<br><br><br>DETENTION ORDER |

Offense charged:

　　Count 1:　Possession of Controlled Substances with Intent to Distribute

Date of Detention Hearing: December 22, 2016

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.
2. Defendant is a citizen of Mexico and has no legal status in the United States.
3. Defendant retains familial ties in Mexico.
4. If convicted, defendant faces substantial criminal penalties.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

5. The search of the vehicle that defendant was riding in uncovered a little less than 5,000 grams of heroin and methamphetamine. A subsequent search of his residence uncovered an additional 6 pounds of heroin and methamphetamine.

6. The search also uncovered the existence of 5 handguns, one of which was fully loaded at the time of the search, next to a crib.

7. The weight of the evidence, although the least important factor when considering detention decisions, is strong.

8. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of December, 2016.

                                              */s/ James P. Donohue*
                                              JAMES P. DONOHUE
                                              Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3